**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ST. LOUIS-KANSAS CITY CARPENTERS REGIONAL COUNCIL, et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CCR CONSTRUCTION, INC.,  )<br>)<br>Defendants.  ) | Case No. 4:19-CV-2025 NAB |

## **ORDER OF DISMISSAL**

Upon the Plaintiffs' Motion for Dismissal Without Prejudice, filed on August 16, 2019 [Doc. 5],

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Dismiss [Doc. 5] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear its own costs.

Dated this 20th day of August, 2019.

                                                    /s/ Nannette A. Baker
                                                  NANNETTE A. BAKER
                                                  UNITED STATES MAGISTRATE JUDGE